The following case in which the Court of Appeals issued a published opinion has been appealed to the Supreme Court:

1. Justin Sarafin
   v. Commonwealth of Virginia
   Record No. 1753-12-2
   Opinion rendered by Judge Huff on
   October 8, 2013